IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00231-PAB-MEH

PETER NIAVES, III,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 1, 2016.**

    Plaintiff's Motion to Vacate the Scheduling Conference [filed March 31, 2016; docket #8] is **granted in part** and **denied in part**. The Court denies the Motion's request to vacate the Scheduling Conference, but will convert the Scheduling Conference set for April 7, 2016, to a Status Conference to discuss the posture of the case.

    It is further ORDERED that the Plaintiff shall notify all parties who have not entered an appearance of this conversion to a Status Conference.

    Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).